(No. 6090-)

CALHOUN COUNTY CONTRACTING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

301

*Opinion filed January 11, 1972.*

CALHOUN COUNTY CONTRACTING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.